IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:25-mj-257 |
| **TRENT TAYLOR BINFORD**<br>Defendant. | |

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Nicholas Shively, being duly sworn, hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since October 25, 2021. I am currently assigned to the FBI Washington Field Office, Northern Virginia Violent Crimes Task Force.

2. As an FBI Special Agent, I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in, among others, Title 18, United States Code Section 922.

3. During the course of my employment as an FBI Special Agent, I have been assigned to investigate violations of federal law, including robberies of banks, credit unions, and commercial establishments. I have specialized training and experience in the areas of robbery investigations, interview and interrogation, evidence recovery, and the analysis of digital evidence.

1

4. Prior to becoming an FBI Special Agent, I was employed as a sworn law enforcement officer with the Fairfax County Police Department for approximately nine years. Over the course of my career in local law enforcement, I worked in various capacities as a patrol officer and narcotics detective. During that time, I conducted numerous investigations involving violent crimes.

5. This affidavit is submitted in support of a criminal complaint and arrest warrant charging TRENT TAYLOR BINFORD (hereafter referred to as "BINFORD"), with possession of a firearm by a prohibited person—here, an individual knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year— in violation of Title 18, United States Code, Section 922(g)(1).

6. The facts and information contained in this affidavit are based upon my personal knowledge, training and experience, as well as information and evidence obtained from other law enforcement officials. All observations I did not personally make were relayed to me by the individuals who made them or come from my review of records, documents, and other physical evidence obtained during the course of the investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

7. On or about January 16, 2025, at approximately 8:38 p.m., in Herndon, Virginia, within the Eastern District of Virginia, an Officer from the Herndon Police Department ("HPD") observed a white Chevy sedan fail to come to a stop at a stop sign. The HPD Officer activated his emergency lights and attempted to approach the white Chevy sedan at a red light, but the vehicle failed to stop and made a right turn. After the white Chevy sedan

stopped at a subsequent red light, the HPD Officer approached the driver's side and ordered the driver to place the car in park. The HPD Officer subsequently identified the driver as BINFORD from his Virginia Driver's License.

8. While the HPD Officer communicated with BINFORD, he observed in plain sight what appeared to be the handle of a firearm in BINFORD's lap. The HPD Officer ordered BINFORD to show him his hands as another responding HPD Officer removed the firearm and secured it. The firearm was loaded with a round in the chamber.

9. After further search of BINFORD and his vehicle, he was arrested and taken into custody to the Fairfax County Adult Detention Center.

10. On January 21, 2025, HPD initiated a Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") trace report of the weapon found on BINFORD's lap.

11. On January 31, 2025, the ATF trace report confirmed that the firearm was a .45 caliber pistol, model XDS, bearing serial number BY239876.

12. The trace report indicated that the .45 caliber pistol was imported from Croatia by Springfield Inc. Additionally, the .45 caliber pistol bears a "Made in Croatia" engraving on the side. Photographs of both sides of the .45 caliber pistol taken after it was confiscated by HPD are provided below.

 

13. The trace report also confirmed that the weapon was not purchased originally by BINFORD.

14. Your affiant ran criminal history checks for BINFORD, which show that BINFORD has been convicted of two felony offenses in the Commonwealth of Virginia.

    a. On July 11, 2014, BINFORD was found guilty of felony robbery in violation of Virginia Code Section 18.2-58, in case number CR14F00021-61 in the Circuit Court of Fairfax County, Virginia, and subsequently sentenced to a term of incarceration of 15 years, with ten years suspended.

    b. On October 14, 2015, BINFORD was found guilty of felony unlawful wounding in violation of Virginia Code Section 18.2-51, in case number CR15000033-00 in the Circuit Court of Richmond County, Virginia, and subsequently sentenced to a term of incarceration of five years, with two years and three months suspended.

## CONCLUSION

15. Based upon the foregoing, I submit that there is probable cause to believe that on or about January 16, 2025, in Herndon, Virginia, in the Eastern District of Virginia, BINFORD, knowing that he has been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

Nicholas Shively
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April 22, 2025.

Digitally signed by Ivan Davis
Date: 2025.04.22 13:47:53 -04'00'

Honorable Ivan D. Davis
U.S. Magistrate Judge
Alexandria, Virginia